

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00527-CV

JOSHUA EDINGER, Appellant

§ On Appeal from County Court at Law No. 2

§ of Tarrant County (2022-006751-2)

V.

§ August 21, 2025

STILLWATERS POOL COMPANY, LLC, Appellee

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the county court's judgment. It is ordered that the judgment of the county court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel